FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0553

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0553

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER, SAVE OUR
CABINETS, AND EARTHWORKS,

      Plaintiffs, Appellees,
      and Cross-Appellants,

  v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY and
MONTANORE MINERALS CORP.,

      Defendants and Appellants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 22 2020